B 2100A Form (2100A) (12/15)

# United States Bankruptcy Court

DISTRICT OF DELAWARE

In Re:  
BRIAN SMITH

CATHREN HAGAN-SMITH

Case No. 1612066

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| PRA Receivables Management, LLC., as agent of Portfolio Recovery Associates, LLC | ONEMAIN |
| ------------------------------------------ | ------------------------------------------ |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 9  
Amount of Claim: $9,200.12  
Date Claim Filed: 11/17/2016

Phone: (877)829-8298  
Last Four Digits of Acct # :  5498

Phone:  
Last Four Digits of Acct #: 5498

Name and Address where transferee payments Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONEMAIN CONSUMER LOAN, INC.  
601 NW Second Street  
Evansville IN 47708

Phone: (877)829-8298  
Last Four Digits of Acct # : 5498

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Victor Munson  
  ------------------------------------------  
  Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 9/12/2017

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## EXHIBIT A

### ASSIGNMENT AND BILL OF SALE

ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, and ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation, ("OneMain)" has entered into that certain Account Purchase and Sale Agreement dated March 27, 2017, ("Agreement") for the sale of Accounts to Portfolio Recovery Associates, LLC, a Delaware limited liability company (hereinafter called "Buyer"), upon the terms and conditions set forth in that Agreement.

NOW, THEREFORE, for good and valuable consideration, receipt of which is hereby acknowledged, Sellers hereby sell, assign, and transfer to Buyer, its successors and permitted assigns, all of Sellers' rights, title, and interest in and to the Accounts owned by such Sellers and identified on the Sale File delivered by the Sellers to Buyer in electronic file form in conjunction herewith and titled ███████████████████████.

IN WITNESS WHEREOF, the parties hereto have duly executed this Agreement on the 27th day of March, 2017.

**ONEMAIN:**
**ONEMAIN FINANCIAL GROUP, LLC,**
a Delaware limited liability company

By: _____
J. Scott Bailer
Vice President, Sr. Managing Director

On behalf of itself and attorney in fact for ONEMAIN FINANCIAL GROUP, LLC, a Delaware limited liability company, on behalf of itself and attorney in fact for ONEMAIN FINANCIAL ISSUANCE TRUST 2014-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2014-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-2, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2015-3, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-1, a Delaware statutory trust; ONEMAIN FINANCIAL ISSUANCE TRUST 2016-2, a Delaware statutory trust; and ONEMAIN FINANCIAL ISSUANCE TRUST 2016-3, a Delaware statutory trust; and ONEMAIN FINANCIAL OF MINNESOTA, INC., a Minnesota corporation.

**ONEMAIN FINANCIAL OF MINNESOTA, INC.**
a Minnesota corporation

_____
J. Scott Bailer
Vice President, Sr. Managing Director