FILED
2021 MAY 28 AM 9: 03
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

May 20, 2021

United States Bankruptcy Court
District of Delaware US Bankruptcy Court
824 N Market Street, 3rd Floor
Wilmington, DE 19801

Case No: 16-12066-BLS

Dear Sirs:

I am seeking help as I am unable to receive clear information from my lender, Shellpoint Mortgaging. I received several correspondences with a variety of dates with different information. I wasn't sure if there was anything being filed as they came to me out of date order. I contacted my attorney to see what to do and I was advised to contact the mortgage company to see if I could make an arrangement with them as the court documents state I was past due in the amount of $4,737.81. I called Shellpoint and was told that they do not make arrangements but to continue to send in my payments, they also stated they could not speak to me, only my attorney and gave me the name of the account representative we needed to work with. I contacted my attorney and an email was sent on 3/24/21. The representative never responded. I called Shellpoint after payments that I was advised to send in were returned uncashed, I was then told that I had a different account representative to contact and that the balance due was now $13,564.91. How does it jump from $4K due to $13K in one month? I asked for a statement of all of my payments, I was told it would be emailed to me. I waited a few weeks and called again, only to be told that it will be sent to me. To this date I have not received anything from them. I decided to take the statements that I have and created a spreadsheet. The total due column had $18,284.93, payments made column had $27,249.12, payments disbursed column had $26,333.65. By their very own statements I have overpaid the amount that was due for the time period they have identified as well as the payments made and payments disbursed do not match either. Outstanding principle at the start is $17,532.12 due, after all of the payments rendered the outstanding principle is $13,881.15, again nothing adds up. I researched Shellpoint complaints and to date there are 473 servicing complaints, some very similar to my story. This company seems to have a culture of not responding to customer requests or resolving complaints/concerns which is very concerning to me.

I understand that we did fall behind on our payments, we were affected by Covid-19 in a variety of ways. My mother-in-law and sister-in-law passed away from the virus 10 days apart. These deaths required my husband and me to travel to Missouri twice. It was not only costly but my husband did not get bereavement pay, we took a loss in salary as well. I would like to pay what we owe, but I cannot get a clear number from anyone, none of them ever match, and no one from

Shellpoint returns messages or provides requested information to help me. I am asking the court to not allow Shellpoint to foreclose on our home, I just would like to have information that is correct. I would like for Shellpoint to be consistent with their information.

Thank you,

*[signatures]*

Brian & Cathren Smith
109 Hedgewick Drive
Newark, DE 19702


CC: Alba Law Group
　　Michael B. Joseph
　　Vivian Houghton